UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TREY HARDY,

    Plaintiff,

v.                                               CASE NO. 8:16-cv-3178-T-23MAP

SOS SECURITY, LLC,

    Defendant.

_____/

**ORDER**

    The mediator announces (Doc. 25) the settlement of this action. Under Local Rule 3.08(b), this action is **DISMISSED** subject to the right of any party within sixty days (1) to submit a stipulated form of final judgment or dismissal or (2) to move to vacate the dismissal for good cause. The clerk is directed to terminate the pending motion and to close the case.

    ORDERED in Tampa, Florida, on April 6, 2017.

                                                                _____
                                                                STEVEN D. MERRYDAY
                                                             UNITED STATES DISTRICT JUDGE